IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLUBCOM, INC., <br><br>Plaintiff, <br><br>v. <br><br>CAPTIVE MEDIA, INC. <br>d/b/a HEALTH CLUB PANEL NETWORK <br><br>Defendant. | Case No. 2:07-CV-01462-TFM <br><br>Hon. Terrence F. McVerry <br><br>**JURY TRIAL DEMANDED** |
| CM SHAREHODLER HOLDINGS, INC., <br>f/k/a/ CAPTIVE MEDIA, INC., <br>d/b/a HEALTH CLUB PANEL NETWORK, <br>a California Corporation, <br><br>Counterclaimant, <br><br>v. <br><br>CLUBCOM, INC., a Delaware Corporation; <br>PRECOR, INC., a Delaware Corporation; <br>and AMER SPORTS OJY a/k/a AMER <br>SPORTS CORPORATION, organized <br>under the laws of Finland, <br><br>Counterdefendants. | |

**RETURN OF SERVICE ON PRECOR, INC.**

The undersigned hereby certifies that service on Counterdefendant, Amer Sports Company, a Delaware Corporation, was effected on August 7, 2008, by Daniel Newcomb, Process Server, at 1209 Orange Street, Wilmington, DE 19801. A copy of the Return of Service is attached hereto.

1

Dated:  August 15, 2008

Respectfully submitted,
STRASSBURGER McKENNA GUTNICK &
GEFSKY


By: /s/ David A. Strassburger
  David A. Strassburger
  Pa. I.D. No. 76027

  Four Gateway Center, Suite 2200
  444 Liberty Avenue
  Pittsburgh, PA 15222
  (412) 281-5423

  Counsel for Defendant and
  Counterclaimant

  **JURY TRIAL DEMANDED**

Louis P. Petrich
Vincent Cox
Leopold, Petrich & Smith,
A Professional Corporation
2049 Century Park East, Suite 3110
Los Angeles, California  90067
Tel:  (310) 277-3333
Fax:  (310) 2777-7444
Email:  lpetrich@lpsla.com
vcox@lpsla.com
Attorneys for CM SHAREHOLDER
HOLDINGS, INC., f/k/a CAPTIVE MEDIA,
INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Return of Service of Amer Sports Company, a Delaware Corporation** was served by CM/ECF, this 15th day of August, 2008, on the following:

Susan A. Yohe, Esquire
Stanley J. Parker, Esquire
Buchanan Ingersoll & Rooney, PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219

Michael D. Wexler, Esquire
J. Scott Humphrey, Esquire
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

STRASSBURGER McKENNA GUTNICK
& GEFSKY

By: /s/ David A. Strassburger
David A. Strassburger
Pa. I.D. No. 76027

Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
(412) 281-5423
(412) 281-8264 (Fax)

Counsel for Defendant

**JURY TRIAL DEMANDED**