# AFFIDAVIT OF SERVICE

**Commonwealth of Pennsylvania**     **County of**        **United States District Court Court**

Case Number: 2:07-CV-1462

Plaintiff:
**CLUBCOM, INC.,**

Counterclaimant,
**CM SHAREHOLDER HOLDINGS, INC., f/k/a/ CAPTIVE MEDIA, INC., d/b/a HEALTH CLUB PANEL NETWORK, a California Corporation,**
vs.
Defendant:
**CAPTIVE MEDIA, INC.**
**d/b/a HEALTH CLUB PANEL NETWORK**

Counterdefendants
**CLUBCOM, INC., a Delaware Corporation; PRECOR, INC., a Delaware Corporation; and AMER SPORTS COMPANY, a Delaware Corporation; and AMER SPORTS OYJ a/k/a AMER SPORTS CORPORATION, organized under the laws of**

For:
Strassburger McKenna Gutnick & Gefsky

Received by Priority Service Direct to be served on **Amer Sports Company, A Delaware Company, 1209 Orange St, Wilmington, DE 19801.** I, ___Daniel_____Newcomb___, being duly sworn, depose and say that on the __7__ day of __August__, 20_08_ at _1_:_40_ p.m., executed service by delivering a true copy of the First Amended Counterclaim/Summons in Civil Action in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving ___Scott LaScala___ as ___Managing Agent duly authorized to accept service___.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

## AFFIDAVIT OF SERVICE for 2:07-CV-1462

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __8__ day of __August__, __2008__ by the affiant who proved to me on the basis of satisfactory evidence to be the person who appeared before me

NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012

PROCESS SERVER # Daniel Newcomb (No #s in DE)
Appointed in accordance
with State Statutes

Priority Service Direct
21520 Yorba Linda Blvd
# G452
Yorba Linda, CA 92887
(866) 534-6612
Our Job Serial Number: 2008000595